Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida
Jacksonville Division

William Edward Perry JR.
**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Case No. 3:19-cv-43-J-25MCR
(to be filled in by the Clerk's Office)

Centene Medical Services
**Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: William Edward Perry Jr.
All other names by which you have been known: "Eddie", "Bill"
ID Number: 434446
Current Institution: Hamilton Correctional Institution, main
Address: 10650 S.W. 46th Street
Jasper, Florida 32052
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: "Parent company" Centene Medical Service
Job or Title (if known): nurseing staff employees
Employer: 
Address: Hamilton Correctional Institution

City / State / Zip Code
☐ Individual capacity  ☒ Official capacity

**Defendant No. 2**
Name: "nurseing staff of Annex," Centurion of Florida, L.L.C.
Job or Title (if known): "nurseing staff responsibable for Indifference"
Employer: 
Address: Hamilton Correctional Institution, Annex
10650 S.W. 46th Street
Jasper, Florida 32052
City / State / Zip Code
☐ Individual capacity  ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name
  Job or Title (if known)
  Shield Number
  Employer
  Address

  City   State   Zip Code
  ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name
  Job or Title (if known)
  Shield Number
  Employer
  Address

  City   State   Zip Code
  ☐ Individual capacity   ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

  ☐ Federal officials (a *Bivens* claim)

  ☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

"Medical Negligence," under Color of Law Defendant violated, "Right to be secure in person" U.S. Const. Admend. 4 and U.S. Const. Admend. 8 cruel+unusual]]

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

nurseing staff are under contract with Annex section of Hamilton Correctional Ins Heath and well being of each inmate under the Annex section of the Institution, placing Plaintiffs severed lip tissue In their care and them discarding the tissue is Negligence

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows (check all that apply):

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other (explain) _____

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

- Bldg, 6:15pm Hamilton Correctional Institution, 10-13-2018 Annex section

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

10-13-2018 at appox 6:15 pm

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

In Low side D-borm on 10-13-2018 at appox 6:15 pm as several inmates were watching a football game inmate Bradley Lon come in with a remote and switched our program to a different channel, as I was sitting next to him, I reached over and changed the remote back to the football game we had been watching, Bradley Long jumped ~~up took 2 swings at me then~~ assulted me, bit my upper lip completly off.

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

During the Assult Mr. Long rushed at me and ▮. I thought he had head butted me but he actually rushed at me and bit the upper section of my lip completly off. Another Inmate was able to retrieve my severed tissue which I carried to the nurseing staff and put into a "pill cup," with ice to preserve it for reattachment nurseing staff failed to send severed tissue to Hospital for re-attachment upon returning I discover Nurseing staff had discarded severed tissue, forceing me to several months of pain and permament Disfiguarment

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Due to the medical Negligence and the months of undue pain I have had to suffer, also the fact that I will have to go for plastic surgury and more months of pain I am asking this Court to Award me $150,000 00 for the pain + suffering, and allow Jury to decide amount for Medical Negligence. cting under color of State law

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Hamilton Correctional Institution Annex, D Bldg lowside

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? The informal grievence I filed in the confinment section of Annex, then filed the formal grievence at Hamilton Correctional Institution Annex, confinment also.

2. What did you claim in your grievance? that due to the Negligence of the Nurseing staff I have had to go through several more weeks of pain + suffering and that I wanted to be compensated for their negligence

3. What was the result, if any? Assistant Warden stated that I was seen as an emergency and sent to outside Hospital," where due to not having the severed tissue," the recommendation was complete healing of the wound then referal for plastic surgery. He also stated the nurses stated my lip had healed well, but still need surgery.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

Sent all grievences to Julie Jones, Secratary of D.O.C have waited over 1 month for some response, none has been forth comming.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

have exusted all Adminstrative Remedies and Appealed to Julle Jones, has not sent back either the grievences, nor any word.. attached 2 grievences, parts A+B

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) William Edward Perry Jr
   Defendant(s) Michael Blizzard

2. Court *(if federal court, name the district; if state court, name the county and State)*
   United State District Court Northern District of Florida, Pensacola Dis

3. Docket or index number
   Case No. 3:17-CV-961-MCR-CJK

4. Name of Judge assigned to your case
   Charles J. Kahn, Jr.

5. Approximate date of filing lawsuit
   appox March, 20

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition. 08-01-2018

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Case Dismissed, Appealed - Dismissed for failure to prosecute

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? Yes

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) William Edward Perry JR.
   Defendant(s) Sgt. Locklear

2. Court *(if federal court, name the district; if state court, name the county and State)*

   United States District Court, Northern District of Florida, Pensacola Division.

3. Docket or index number
   3:18-cv-70-MCR-CJK

4. Name of Judge assigned to your case
   Charles J. Kahn, Jr.

5. Approximate date of filing lawsuit
   March April 2018

6. Is the case still pending?
   ☐ Yes
   ☑ No

   filed appx 01-10-2018
   If no, give the approximate date of disposition ~~~~~~~ - 2018

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Dismissal/ W.O. prejudice 15th February 2018 no Appeal.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Dec. 11th 2018

Signature of Plaintiff: William Edward Perry JR - William Edward Perry Jr.
Printed Name of Plaintiff: William Edward Perry JR
Prison Identification #: 434446
Prison Address: 10650 S.W. 46th Street
Jasper, Florida 32052
City / State / Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code
Telephone Number: _____
E-mail Address: _____